UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORENY HIGGINS,

    Plaintiff,

v.   Case No. 6:23-cv-138-RBD-DCI

UNITED STATES OF AMERICA,

    Defendant.
_____

## ORDER

Before the Court is Plaintiff's Amended Unopposed Motion to Approve the Settlement of Minor, TTP. (Doc. 26 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 27 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 27) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 26) is **GRANTED**.

3. The Settlement (Doc. 26-1) is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 6, 2024.

ROY B. DALTON, JR.
United States District Judge